UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Hon. Esther Salas

v.                                :          Criminal No. 13-592 (ES)

JOSEPH A. FERRIERO                :

VERDICT FORM

We, the jury, unanimously find:

## COUNT 1
### (Racketeering)

NOT GUILTY_____          GUILTY ✓_____

If your verdict is not guilty, proceed to Count 2. If your verdict is guilty, please answer the following interrogatories:

In reaching our verdict of guilt on Count 1, we unanimously find that Joseph Ferriero committed or caused the commission of the following Racketeering Acts:

Racketeering Act #1 (GGC)

*[handwritten: NOT Unanimous]*

A.  Bribery (by offering and conferring a bribe upon Dennis Oury), in violation of the New Jersey Bribery Statute

    Not Proven_____                              Proven_____

B.  Honest services wire fraud (May 3, 2003 e-mail message from Joseph Ferriero to Dennis Oury asking about the status of Bergenfield's payment of money to GGC)

    Not Proven_____                              Proven_____

*NOT Unanimous*

C. Honest services mail fraud (November 14, 2003 letter informing the Borough of Bergenfield of the $600,000 Green Acres grant and loan award)

Not Proven_____          Proven_____

D. Honest services mail fraud (June 11, 2004 letter to Joseph Ferriero enclosing a Borough of Bergenfield check for approximately $128,625, payable to GGC)

Not Proven_____          Proven_____

Racketeering Act #2 (Xanadu)

*NOT Unanimous*

A. Bribery (by soliciting, accepting and agreeing to accept payments from Mills), in violation of the New Jersey Bribery Statute

Not Proven_____          Proven_____

B. Extortion (by soliciting, demanding, and inducing Mills and its agents to provide payments)

Not Proven_____          Proven_____

Racketeering Act #3 (SJC – Borough of Dumont)

A. Bribery (by soliciting, accepting and agreeing to accept from John Carrino a percentage share of gross revenues received by C3 from the Borough of Dumont), in violation of the New Jersey Bribery Statute

Not Proven_____          Proven ✓

*NOT Unanimous*

B. Wire fraud to obtain money (December 30, 2007 e-mail from John Carrino to Joseph Ferriero transmitting a contract and invoice between C3 and the Borough of Dumont)

Not Proven_____          Proven_____

2

*NOT Unanimous* {

C. Wire fraud to obtain money (March 3, 2008 e-mail to Joseph Ferriero attaching for completion documents necessary to establish SJC)

   Not Proven_____                    Proven_____

D. Mail fraud to obtain money (April 15, 2008 mailing enclosing incorporation documents and a money order issued by the U.S. Postal Service in order to establish SJC), as charged in Count 4

   Not Proven___✓_____                    Proven_____

### Racketeering Act #4 (SJC – Township of Teaneck)

Bribery (by soliciting, accepting and agreeing to accept from John Carrino a percentage share of gross revenues received by C3 from the Township of Teaneck), in violation of the New Jersey Bribery Statute

   Not Proven_____                    Proven___✓_____

### Racketeering Act #5 (SJC – Borough of Wood Ridge)

Bribery (by soliciting and agreeing to accept from John Carrino a percentage share of gross revenues received by C3 from the Borough of Wood Ridge), in violation of the New Jersey Bribery Statute

   Not Proven_____                    Proven___✓_____

### Racketeering Act #6 (SJC – Township of Saddle Brook)

Bribery (by soliciting and agreeing to accept from John Carrino a percentage share of gross revenues received by C3 from the Township of Saddle Brook), in violation of the New Jersey Bribery Statute

   Not Proven_____                    Proven___✓_____

Racketeering Act #7 (SJC – Borough of Cliffside Park)

    A. Bribery (by soliciting and agreeing to accept from John Carrino a percentage share of gross revenues received by C3 from the Borough of Cliffside Park), in violation of the New Jersey Bribery Statute

    Not Proven_____                    Proven__✓__

    B. Wire fraud to obtain money (March 3, 2008 e-mail to Joseph Ferriero attaching for completion documents necessary to establish SJC)

    Not Proven__✓__                    Proven_____

    C. Mail fraud to obtain money (April 15, 2008 mailing enclosing incorporation documents and a money order issued by the U.S. Postal Service in order to establish SJC), as charged in Count 4

    Not Proven__✓__                    Proven_____

*[handwritten: Not Unanimous]*

    D. Wire fraud to obtain money (July 9, 2008 e-mail from John Carrino to Cliffside Park officials identifying John Carrino as the sole member of C3), as charged in Count 5

    Not Proven_____                    Proven_____

## COUNT 2
**(Conspiracy to Violate the Travel Act and to Commit Mail and Wire Fraud)**

NOT GUILTY__✓__                    GUILTY_____

## COUNT 3
**(Travel Act)**

NOT GUILTY_____                    GUILTY__✓__

**COUNT 4**
**(Mail Fraud)**

NOT GUILTY __✓__          GUILTY _____

**COUNT 5**
**(Wire Fraud)**

NOT GUILTY _____          GUILTY __✓__