## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH A. FERRIERO,<br><br>Defendant. | Criminal No.: 13-592 (ES)<br><br>Document Electronically Filed<br><br>**NOTICE OF MOTION<br>FOR JUDGMENT OF ACQUITTAL<br>OR NEW TRIAL** |

TO:  Rachael Honig, Counsel to the U.S. Attorney
      Barbara Llanes, Ass't U.S. Attorney
      United States Attorney's Office
      970 Broad Street
      Newark, NJ 07102

PLEASE TAKE NOTICE that Joseph Ferriero hereby moves and renews his prior motion for a judgment of acquittal, pursuant to Federal Rule of Criminal Procedure 29.

PLEASE TAKE FURTHER NOTICE that in the alternative, Mr. Ferriero hereby moves for a new trial pursuant to Federal Rule of Criminal Procedure 33.

PLEASE TAKE FURTHER NOTICE that Mr. Ferriero relies on his previously filed Rule 29 brief, as well as additional briefs to be filed in accordance with a briefing schedule to be set by the Court. Mr. Ferriero requests oral argument on both motions.

                Respectfully,

                By: /s/ Jennifer Mara
                      Jennifer Mara, Esq.

                BALDASSARE & MARA, LLC
                570 Broad Street
                Newark, New Jersey 07102
                Telephone: 973-200-4066

                *Attorneys for Joseph Ferriero*

                Date: April 24, 2015